Roger W. Brown
P.O. Box 32967
Phoenix, AZ 85064

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

In re:                                    §      Case No. 2:12-BK-22192-EPB
                                          §
RONALD LIGERALDE TONIDO                   §
RIZA MERCADO TONIDO                       §
                                          §
                                          §
            Debtors                       §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/09/2012. The undersigned trustee was appointed on 10/09/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.     The trustee realized gross receipts of                                    $5,804.00

            Funds were disbursed in the following amounts:

            Payments made under an interim distribution                          $0.00
            Administrative expenses                                              $0.00
            Bank service fees                                                    $45.95
            Other Payments to creditors                                          $0.00
            Non-estate funds paid to 3rd Parties                                 $1,106.28
            Exemptions paid to the debtor                                        $0.00
            Other payments to the debtor                                         $0.00

            Leaving a balance on hand of[1]                                      $4,651.77

        The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/30/2013 and the deadline for filing government claims was 01/14/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,174.43. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,174.43, for a total compensation of $1,174.43[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $56.61, for total expenses of $56.61.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/26/2013                              By:    /s/ Roger W. Brown
                                                     Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| **Case No.:** | 12-22192-PHX EPB |
| **Case Name:** | TONIDO, RONALD LIGERALDE AND TONIDO, RIZA MERCADO |
| **For the Period Ending:** | 12/26/2013 |

| | |
|---|---|
| **Trustee Name:** | Roger W. Brown |
| **Date Filed (f) or Converted (c):** | 10/09/2012 (f) |
| **§341(a) Meeting Date:** | 11/15/2012 |
| **Claims Bar Date:** | 07/30/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Bank of America Checking Account #7061 | $30.50 | $30.50 | | $0.00 | FA |
| 2 | Bank of America Savings Account #0767 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Arizona Central Credit Union Checking Account #0009 | $207.19 | $0.00 | | $0.00 | FA |
| 4 | Television, coffee table, end tables, lamps, dinner table & chairs, dresser, nightstand, mirror, beds | $1,100.00 | $0.00 | | $0.00 | FA |
| 5 | Portable piano, guitar, ukelele | $400.00 | $0.00 | | $0.00 | FA |
| 6 | Wearing Apparel | $300.00 | $0.00 | | $0.00 | FA |
| 7 | Furs and jewelry | $100.00 | $100.00 | | $0.00 | FA |
| 8 | Wedding Rings | $134.00 | $0.00 | | $0.00 | FA |
| 9 | Life Insurance Policy term(No Value) | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Vanguard 401k Retirement Savings Plan | $11,090.09 | $0.00 | | $0.00 | FA |
| 11 | 2012 Toyota Sienna Van; Mileage 1,500 | $23,233.00 | $0.00 | | $0.00 | FA |
| 12 | Gold fish | $10.00 | $0.00 | | $0.00 | FA |
| 13 | WORLD MARK TIMESHARE | $0.00 | $1,000.00 | | $1,000.00 | FA |
| 14 | 2012 INCOME TAX REFUNDS                    (u) | $0.00 | $4,804.00 | | $4,804.00 | FA |

**Asset Notes:**      DEBTORS PORTION OF TAX REFUNDS $1,106.28

| TOTALS (Excluding unknown value) | | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|---|
| | | $36,604.78 | $5,934.50 | | $5,804.00 | $0.00 |

**Major Activities affecting case closing:**

09/16/2013     CLAIMS ARE IN; DEBTORS ARE ON PAYMENT PLAN WHEN FINAL PAYMENT RECEIVED FILE FINAL

**Initial Projected Date Of Final Report (TFR):**    12/31/2014          **Current Projected Date Of Final Report (TFR):**    12/31/2014          /s/ ROGER W. BROWN

ROGER W. BROWN

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 12-22192-PHX EPB | |
| Case Name: | TONIDO, RONALD LIGERALDE AND TONIDO, RIZA MERCADO | |
| Primary Taxpayer ID #: | **-***0329 | |
| Co-Debtor Taxpayer ID #: | **-***0330 | |
| For Period Beginning: | 10/9/2012 | |
| For Period Ending: | 12/26/2013 | |

| | |
|---|---|
| Trustee Name: | Roger W. Brown |
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******2192 |
| Account Title: | |
| Blanket bond (per case limit): | $85,026,813.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/29/2013 | (14) | RIZA AND RONALD TONIDO | | 1224-000 | $4,804.00 | | $4,804.00 |
| 04/29/2013 | 101 | RONALD & RIZA TONIDO | DEBTORS PORTION OF TAX REFUNDS | 8500-002 | | $1,106.28 | $3,697.72 |
| 05/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.06 | $3,691.66 |
| 06/03/2013 | (13) | RIZA TONIDO | | 1110-000 | $100.00 | | $3,791.66 |
| 06/18/2013 | (13) | RIZA TONIDO | | 1110-000 | $100.00 | | $3,891.66 |
| 06/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $5.94 | $3,885.72 |
| 07/30/2013 | (13) | RIZA TONIDO | | 1110-000 | $200.00 | | $4,085.72 |
| 07/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.26 | $4,079.46 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.57 | $4,072.89 |
| 09/12/2013 | (13) | RIZA TONIDO | | 1110-000 | $200.00 | | $4,272.89 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.51 | $4,266.38 |
| 10/08/2013 | (13) | RIZA TONIDO | | 1110-000 | $400.00 | | $4,666.38 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $7.34 | $4,659.04 |
| 11/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $7.27 | $4,651.77 |

SUBTOTALS    $5,804.00    $1,152.23

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 12-22192-PHX EPB |
| Case Name: | TONIDO, RONALD LIGERALDE AND TONIDO, RIZA MERCADO |
| Primary Taxpayer ID #: | **-***0329 |
| Co-Debtor Taxpayer ID #: | **-***0330 |
| For Period Beginning: | 10/9/2012 |
| For Period Ending: | 12/26/2013 |

| | |
|---|---|
| Trustee Name: | Roger W. Brown |
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******2192 |
| Account Title: | |
| Blanket bond (per case limit): | $85,026,813.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $5,804.00 | $1,152.23 | $4,651.77 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $5,804.00 | $1,152.23 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $5,804.00 | $1,152.23 | |

| **For the period of 10/9/2012 to 12/26/2013** | | **For the entire history of the account between 04/29/2013 to 12/26/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $5,804.00 | Total Compensable Receipts: | $5,804.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,804.00 | Total Comp/Non Comp Receipts: | $5,804.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $45.95 | Total Compensable Disbursements: | $45.95 |
| Total Non-Compensable Disbursements: | $1,106.28 | Total Non-Compensable Disbursements: | $1,106.28 |
| Total Comp/Non Comp Disbursements: | $1,152.23 | Total Comp/Non Comp Disbursements: | $1,152.23 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 12-22192-PHX EPB |
| Case Name: | TONIDO, RONALD LIGERALDE AND TONIDO, RIZA MERCADO |
| Primary Taxpayer ID #: | **-***0329 |
| Co-Debtor Taxpayer ID #: | **-***0330 |
| For Period Beginning: | 10/9/2012 |
| For Period Ending: | 12/26/2013 |

| | |
|---|---|
| Trustee Name: | Roger W. Brown |
| Bank Name: | Integrity Bank |
| Checking Acct #: | ******2192 |
| Account Title: | |
| Blanket bond (per case limit): | $85,026,813.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $5,804.00 | $1,152.23 | $4,651.77 |

**For the period of 10/9/2012 to 12/26/2013**

| | |
|---|---|
| Total Compensable Receipts: | $5,804.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,804.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $45.95 |
| Total Non-Compensable Disbursements: | $1,106.28 |
| Total Comp/Non Comp Disbursements: | $1,152.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/09/2012 to 12/26/2013**

| | |
|---|---|
| Total Compensable Receipts: | $5,804.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,804.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $45.95 |
| Total Non-Compensable Disbursements: | $1,106.28 |
| Total Comp/Non Comp Disbursements: | $1,152.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

**Case No.** 12-22192-PHX EPB
**Case Name:** TONIDO, RONALD LIGERALDE AND TONIDO, RIZA MERCADO
**Claims Bar Date:** 07/30/2013

**Trustee Name:** Roger W. Brown
**Date:** 12/26/2013

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ROGER W. BROWN P.O. Box 32967 Phoenix AZ 85064 | 12/26/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,174.43 | $1,174.43 | $0.00 | $0.00 | $0.00 | $1,174.43 |
| 1 | DISCOVER BANK DISCOVER FINANCIAL SERVICES P.O. BOX 3025 NEW ALBANY OH 43054-3025 | 05/02/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,219.79 | $3,219.79 | $0.00 | $0.00 | $0.00 | $3,219.79 |
| 2 | QUANTUM 3 GROUP, LLC COMENITY CAPITAL BANK P.O. BOX 788 KIRKLAND WA 98083-0788 | 05/08/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,492.45 | $1,492.45 | $0.00 | $0.00 | $0.00 | $1,492.45 |
| 3 | CAPITAL ONE BANK (USA) N.A. P.O. BOX 71083 CHARLOTTE NC 28272-1083 | 05/31/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,099.55 | $4,099.55 | $0.00 | $0.00 | $0.00 | $4,099.55 |
| 4 | FIA CARD SERVICES P.O. BOX 982284 EL PASO TX 79998-2238 | 06/03/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,950.50 | $3,950.50 | $0.00 | $0.00 | $0.00 | $3,950.50 |
| 5 | WELLS FARGO BANK NA P.O. BOX 10438 DES MOINES IA 50306-0438 | 07/09/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,291.98 | $1,291.98 | $0.00 | $0.00 | $0.00 | $1,291.98 |
| 6 | AMERICAN EXPRESS CENTURION C/O BECKET & LEE, LLP P.O. BOX 3001 MALVERN PA 19355-0701 | 07/11/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $15,845.23 | $15,845.23 | $0.00 | $0.00 | $0.00 | $15,845.23 |

| Case No. | 12-22192-PHX EPB | | Trustee Name: | Roger W. Brown |
| Case Name: | TONIDO, RONALD LIGERALDE AND TONIDO, RIZA MERCADO | | Date: | 12/26/2013 |
| Claims Bar Date: | 07/30/2013 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | ECAST SETTLEMENT CORPORATION CHASE BANK USA, N.A. P.O. BOX 29262 NEW WORK NY 10087-9262 | 07/18/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $20,018.27 | $20,018.27 | $0.00 | $0.00 | $0.00 | $20,018.27 |
| 8 | CAPITAL ONE, N.A. C/O BASS & ASSOCIATES, P.C. 3936 E. FT LOWELL ROAD, SUITE 200 TUCSON AZ 85712 | 07/19/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,302.50 | $7,302.50 | $0.00 | $0.00 | $0.00 | $7,302.50 |
| 10001 | ROGER W. BROWN P.O. Box 32967 Phoenix AZ 85064 | 12/26/2013 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $56.61 | $56.61 | $0.00 | $0.00 | $0.00 | $56.61 |
| | | | | | | | $58,451.31 | $58,451.31 | $0.00 | $0.00 | $0.00 | $58,451.31 |

| Case No. | 12-22192-PHX EPB | Trustee Name: | Roger W. Brown |
| Case Name: | TONIDO, RONALD LIGERALDE AND TONIDO, RIZA MERCADO | Date: | 12/26/2013 |
| Claims Bar Date: | 07/30/2013 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $57,220.27 | $57,220.27 | $0.00 | $0.00 | $0.00 | $57,220.27 |
| Trustee Compensation | $1,174.43 | $1,174.43 | $0.00 | $0.00 | $0.00 | $1,174.43 |
| Trustee Expenses | $56.61 | $56.61 | $0.00 | $0.00 | $0.00 | $56.61 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       2:12-BK-22192-EPB
Case Name:      RONALD LIGERALDE TONIDO
                RIZA MERCADO TONIDO
Trustee Name:   Roger W. Brown

Balance on hand:                              $4,651.77

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:        $0.00
Remaining balance:                            $4,651.77

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Roger W. Brown, Trustee Fees | $1,174.43 | $0.00 | $1,174.43 |
| Roger W. Brown, Trustee Expenses | $56.61 | $0.00 | $56.61 |

Total to be paid for chapter 7 administrative expenses:    $1,231.04
Remaining balance:                                         $3,420.73

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:                                            $3,420.73

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:    $0.00
Remaining balance:                      $3,420.73

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $57,220.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $3,219.79 | $0.00 | $192.47 |
| 2 | QUANTUM 3 GROUP, LLC | $1,492.45 | $0.00 | $89.22 |
| 3 | CAPITAL ONE BANK (USA) N.A. | $4,099.55 | $0.00 | $245.08 |
| 4 | FIA CARD SERVICES | $3,950.50 | $0.00 | $236.17 |
| 5 | WELLS FARGO BANK NA | $1,291.98 | $0.00 | $77.24 |
| 6 | AMERICAN EXPRESS CENTURION | $15,845.23 | $0.00 | $947.26 |
| 7 | ECAST SETTLEMENT CORPORATION | $20,018.27 | $0.00 | $1,196.73 |
| 8 | CAPITAL ONE, N.A. | $7,302.50 | $0.00 | $436.56 |

Total to be paid to timely general unsecured claims:     $3,420.73
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00